IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS A. BLACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0413-CG-B |
| | ) |
| CITY OF MOBILE, et al., | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the order on summary judgment entered August 5, 2013 (Doc. 62), it is **ORDERED, ADJUDGED** and **DECREED** that judgment is entered in favor of defendants, City of Mobile and Michael T. Williams, and against plaintiff, Carlos A. Black.  Accordingly, all of plaintiff's claims against said defendants are hereby **DISMISSED** with prejudice.  Costs of defendants City of Mobile and Michael T. Williams are to be taxed against the plaintiff.

**DONE and ORDERED** this 17th day of September, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE